**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Tyrone James Sam,<br><br>            Defendant. | No. CR-12-08176-001-PCT-JAT<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to File Notice of Appeal Out of Time (Doc. 62). The Court now rules on the motion.

**I.    Background**

On August 27, 2013, Defendant pleaded guilty to the crime of abusive sexual contact. (Doc. 55 at 1). The next day, the Court entered a judgment approving the plea agreement. (Doc. 56). At this time, Defendant was represented by counsel. *See* (Doc. 55 at 8).

On October 3, 2013, Defendant sent the Court a letter in which he inquired as to the status of his appeal. (Doc. 58 at 2). In response, the Court issued a minute order stating that a review of the docket showed no appeal had been filed. (*Id.* at 1).

On April 1, 2014, Defendant filed a motion asking the Court to permit him to file an untimely notice of appeal.[1]

---

[1] Defendant apparently filed his motion first in the Ninth Circuit Court of Appeals, where it was received April 10, 2014. (Doc. 62 at 1). The Court received the motion on April 17, 2014. (*Id.*) Defendant dated his motion April 1, 2014. (*Id.* at 2).

## II. Legal Standard

Federal Rule of Appellate Procedure ("Rule") 4(b) governs the timeliness of notices to appeal in criminal cases. In a criminal case, a notice of appeal is timely only if filed in the district court within 14 days after the later of "the entry of either the judgment or the order being appealed; or . . . the filing of the government's notice of appeal." Fed. R. App. P. 4(b)(1)(A).

Rule 4(b) permits only a limited exception to this 14-day requirement:

> Upon a finding of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of time otherwise prescribed by this Rule 4(b).

Fed. R. App. P. 4(b)(4).

A district court lacks authority to extend the time period for filing a notice of appeal beyond the thirty-day period provided in Rule 4(b). *United States v. Clark*, 984 F.2d 319, 320 (9th Cir. 1993); *United States v. Buzard*, 884 F.2d 475, 475-76 (9th Cir. 1989) (holding that Rule 4(b) did not authorize the district court to extend the time to file a notice of appeal "even if excusable neglect were shown").

## III. Analysis

Defendant filed his motion to extend the time period for filing his notice of appeal approximately seven months after the entry of judgment. The Court has no authority to extend the time period for Defendant to file a notice of appeal beyond thirty days from August 28, 2013. Consequently, the Court will deny Defendant's motion.

## IV. Conclusion

For the foregoing reasons,

/
/
/
/
/
/

- 2 -

1    **IT IS ORDERED** denying Defendant's Motion to File Notice of Appeal Out of
2 Time (Doc. 62).
3    Dated this 5th day of June, 2014.

_____
James A. Teilborg
Senior United States District Judge